# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

Before the Honorable JERRY H. RITTER

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-2111 MJ** | Date: | **6/11/25** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | **PRELIMINARY/DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **DIEGO GUZMAN-GUZMAN** | **JESSICA MARTIN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **RANDY CASTELLANO** | Interpreter: | **CAROLINA DURAN** |
| Pretrial Officer: | **DIANA LOPEZ** | Court in Session: | **10:26-10:51 A.M.   25 MIN** |

- ☐ Agent sworn
- ☐ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☐ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing
- ☐ Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing
- ☒ Defendant detained as a flight risk
- ☐ Conditions of Release continued on Page 2
- ☒ Other: PRELIMINARY HEARING - GOVERNMENT CALLS WITNESS DAVID ALVIDREZ (WIT1); DIRECT EXAM OF WIT1; CROSS EXAM OF WIT1; RE-DIRECT EXAM OF WIT1; GOVERNMENT STATES THAT COURT PREVIOUSLY FOUND PROBABLE CAUSE ON COMPLAINT-DEFENDANT PASSED WITHIN 25 FEET OF THE SIGN; DEFENSE ARGUES THAT THERE IS NOT PROBABLE CAUSE; DEFENDANT HAD NO PRIOR KNOWLEDGE OF MILITARY PROPERTY;
COURT STATES THAT PROBABLE CAUSE EXISTS AS TO 50:797 CHARGE-BASED ON DEFENDANT CROSSING WITHIN 25 FEET OF THE SIGN DESIGNATING MILITARY PROPERTY; DEFENDANT REQUESTS RELEASE ON O/R BOND; COURT STAES THAT DEFENDANT SHALL BE DETAINED AS A FLIGHT RISK